UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20163-CIV-ALTONAGA/Brown

**CORNERSTONE RESIDENTIAL**
**MANAGEMENT LLC**, *et al.*,

    Plaintiffs,
vs.

**ERVIN SLONE**,

    Defendant.
_____/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **March 2, 2011**. In addition, by **March 2, 2011**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of February, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] The parties must not include Judge Altonaga or Chief U.S. Magistrate Judge Brown as interested parties unless they have an interest in the litigation.